UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ELLIS,

        Plaintiff,

   v.

BERGSEN,

        Defendant.

No. 2:14-cv-705-EFB P

ORDER

After this civil rights action was closed and judgment duly entered, *see* ECF Nos. 8, 9, plaintiff filed motion to reconsider, ECF No. 12, that was denied by order filed August 19, 2014, ECF No. 13. Plaintiff has now filed objections to that order. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

    So ordered.

Dated: September 11, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE